UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20674-Cr-GAYLES

UNITED STATES OF AMERICA

v.

MOHAMMAD SALEMI,

       Defendant.

_____/

**GOVERNMENT'S MOTION TO REDUCE SENTENCE**

The United States hereby moves, pursuant to Federal Rule of Criminal Procedure 35(b), to reduce the sentence of defendant Mohammad Salemi. As grounds therefore, the United States asserts the following:

1. This is a second, remedial Rule 35 motion.

2. In 2024 the defendant was transported to FDC Miami in order to be available as a trial witness for the United States against co-conspirators Boris Arencibia and Jose Rivera.

3. The trial was delayed by agreed continuances, and was ultimately resolved by guilty pleas. However, defendant Salemi was kept in FDC Miami for six months, until the case was resolved.

4. As happened with two other cooperating defendants in this case, Mr. Salemi lost significant gain time from his transfer to FDC Miami, because he was unable to participate in a number of rehabilitative programs that he would have completed in his BOP institution.

5. Mr. Salemi's case manager in the BOP has reviewed his file, and has confirmed that his projected release date has been extended by 15 months as a result of his time spent in FDC Miami.

6. A defendant should not have his sentence lengthened as a result of being ready to testify as a witness for the United States.

*Wherefore*, the United States moves for a 15 month reduction in the defendant's sentence, from 68 months to 53 months, to compensate for his lost gain time. Defense counsel support this motion.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:   /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney